[No. 7281.   Decided January 5, 1909.]

R. J. FLICK *et al., Respondents,* v. C. V. SHOWALTER *et al.,
Appellants.*[1]

APPEAL—DECISIONS REVIEWABLE—AMOUNT IN CONTROVERSY—RE-
DUCTION BY AMENDMENT. The supreme court has no jurisdiction of
an appeal in an action at law for the recovery of money, where on
the trial the complaint was amended so as to reduce the amount
claimed to less than $200.

Appeal from a judgment of the superior court for Stevens
county, Carey, J., entered January 4, 1908, upon findings in
favor of the plaintiffs, after a trial before the court without a
jury, in an action on contract.   Appeal dismissed.

*Jesseph & Grinstead,* for appellants.

*R. A. Thayer* and *John S. Anderson,* for respondents.

PER CURIAM.—Action by R. J. Flick and H. B. Purcelle
against C. V. Showalter and Nellie Showalter, his wife, to
recover a real estate broker's commission.   From a judgment
in favor of the plaintiffs for $105 and costs, the defendants
have appealed.

The respondents have moved to dismiss the appeal, con-
tending that this is an action at law in which the original
amount in controversy does not exceed the sum of $200, and
that this court has no jurisdiction.   The complaint as origi-
nally drawn demanded judgment in the sum of $225 and costs,

[1]Reported in 99 Pac. 9.

on the theory that the respondents were entitled to a commission of 5 per cent on $4,500. On the trial the complaint was so amended as to demand only $105, or two and one-half per cent commission on $4,200. There was no contest as to the amount of the recovery, the only issue being whether the appellants were liable for any sum whatever. The record shows that the trial was had and the final judgment was entered on the complaint as thus amended. After the amendment had been made, the complaint would not have sustained a judgment for any sum in excess of $105. The amount in controversy therefore does not exceed $200, and this court has no jurisdiction.

The appeal is dismissed.